■ SENECA PIPE & PAVING CO., INC., Appellant, v SOUTH SENECA CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.) [879 NYS2d 754]—Appeal from an order of the Supreme Court, Seneca County (David Michael Barry, J.), entered August 23, 2007. The order granted defendant's cross motion for summary judgment.

Now, upon reading and filing the stipulation of settlement and discontinuance signed by the attorneys for the parties on February 23, 2009,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.

■ SENECA PIPE & PAVING CO., INC., Appellant, v CHRISTA CONSTRUCTION CO., INC., et al., Defendants, and JAVEN CONSTRUCTION CO., INC., Respondent. (Appeal No. 3.) [879 NYS2d 755]—Appeal from an order of the Supreme Court, Seneca County (David Michael Barry, J.), entered August 24, 2007. The order, among other things, granted the cross motion of defendant Javen Construction Co., Inc. for summary judgment dismissing the complaint against it.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Seneca Pipe & Paving Co., Inc. v South Seneca Cent. School Dist.* ([appeal No. 1] 63 AD3d 1556 [2009]). Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.